## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Ronald  A. Michel Sr.

Debtor(s)

CHAPTER 7

BKY. NO. 26-21088 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of United Wholesale Mortgage, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
23 Apr 2026, 15:07:19, EDT

Matthew Fissel, Esq. (314567)     ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 79c729af5035418aaf9597f1933f94c062a8f876d1f39971c188c4a1c3a9a771