Certificate Number: 15317-PAW-DE-040906825

Bankruptcy Case Number: 26-21088



15317-PAW-DE-040906825

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 27, 2026, at 12:20 o'clock PM PDT, Ronald A Michel Sr completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   April 27, 2026                    By:      /s/Rolyn Martinada

Name:   Rolyn Martinada

Title:   Credit Counselor