IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 26-21088-JAD |
|---|---|
| RONALD A. MICHEL | Chapter 7 |
| Debtor(s) | |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the

above-captioned matter, and add my name to the mailing matrix to receive notices of all matters

in this case.

Respectfully submitted,

WH BURKLEY, LLP


By: /s/ Brent J. Lemon
Brent J. Lemon
PA I.D. # 86478
blemon@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

Attorney for Creditor,
Duquesne Light Company


Dated: April 28, 2026