**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Ronald A. Michel Sr. | Social Security number or ITIN | xxx–xx–0926 |
| | First Name    Middle Name    Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    26–21088–JAD

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Ronald A. Michel Sr.

8/5/26

**By the court:** Jeffery A. Deller
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                     **Order of Discharge**                     page 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-21088-JAD |
| Ronald A. Michel | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 05, 2026 | Form ID: 318 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ronald A. Michel, Sr., 825 Isobel Street, Harwick, PA 15049-8939 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16660751 | + | Jo Ann Smith, 825 Isobel Street, Harwick, PA 15049-8939 |
| 16660754 | + | SAMS CLUB/SYNCH BANK, PO BOX 70176, Philadelphia, PA 19176-0176 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 06 2026 05:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 06 2026 05:39:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: AISACG.COM | Aug 06 2026 05:39:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16660746 | + | EDI: GMACFS.COM | Aug 06 2026 05:39:00 | ALLY FINANCIAL, PO BOX 380901, Minneapolis, MN 55438-0901 |
| 16660747 | | EDI: CAPITALONE.COM | Aug 06 2026 05:39:00 | CAPITAL ONE, PO BOX 30281, Salt Lake City, UT 84130-0281 |
| 16660748 | + | EDI: CITICORP | Aug 06 2026 05:39:00 | CITICARDS CBNA, 5800 SOUTH CORPORATE PLACE, Sioux Falls, SD 57108-5027 |
| 16660749 | | EDI: DISCOVER | Aug 06 2026 05:39:00 | DISCOVER CARD, PO BOX 30943, Salt Lake City, UT 84130 |
| 16660750 | + | Email/Text: collections@ftlfinance.com | Aug 06 2026 01:58:00 | FTL FINANCE, 820 SOUTH MAIN ST, Saint Charles, MO 63301-3306 |
| 16660752 | + | EDI: JPMORGANCHASE | Aug 06 2026 05:39:00 | JPMC, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 16660753 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 06 2026 01:57:00 | PNC, PO BOX 5580, Cleveland, OH 44101 |
| 16660755 | + | EDI: SYNC | Aug 06 2026 05:39:00 | SYNCB/AMAZONPLCC, PO BOX 965015, Orlando, FL 32896-5015 |
| 16660756 | + | EDI: SYNC | Aug 06 2026 05:39:00 | SYNCB/SAMS CLUB, PO BOX 965005, Orlando, FL 32896-5005 |
| 16660757 | + | EDI: CITICORP | Aug 06 2026 05:39:00 | THD/CBNA, 5800 SOUTH CORPORATE POINT, Sioux Falls, SD 57108-5027 |
| 16660758 | ^ | MEBN | | |

District/off: 0315-2                          User: admin                                        Page 2 of 2
Date Rcvd: Aug 05, 2026                       Form ID: 318                                   Total Noticed: 18

Aug 06 2026 01:49:12    UNITED WHOLESALE MORTGAGE, PO BOX
77404, Trenton, NJ 08628-6404

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID       Bypass Reason   Name and Address**
cr                               UNITED WHOLESALE MORTGAGE, LLC

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:

**Name**                        **Email Address**

Brent J. Lemon

on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Crystal H. Thornton-Illar

cthornton-illar@leechtishman.com  PA95@ecfcbis.com;dbender@leechtishman.com

Matthew Fissel

on behalf of Creditor UNITED WHOLESALE MORTGAGE  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Russell A. Burdelski

on behalf of Debtor Ronald A. Michel  Sr. Russ@BurdelskiLaw.com, russ.burdelski@gmail.com

Russell A. Burdelski

on behalf of Debtor Jo Ann Smith Russ@BurdelskiLaw.com  russ.burdelski@gmail.com

TOTAL: 6